UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREEK DENDY,

                    Plaintiff,

-against-

CE SOLUTIONS GROUP, LLC, et al.

                    Defendants.

No. 1:23-cv-10072 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court was informed that the parties have reached settlement on all issues. The parties shall submit settlement approval materials, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), as soon as possible, but no later than June 3, 2024.

Dated: April 30, 2024
       New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge