UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TYREEK DENDY,
                Plaintiff,

v.

CE SOLUTIONS GROUP LLC, JEANNINE NAPOLEONE-COLBERT AND MARVELLOUS MARK TRANSPORTATION CO., INC.
                Defendants.

------------------------------------------------------------x

Docket No.: 23-cv-10072 (JLR)

**JUDGMENT**

    On April 26, 2024, Defendants CE SOLUTIONS GROUP LLC, JEANNINE NAPOLEONE-COLBERT and MARVELLOUS MARK TRANSPORTATION CO., INC. ("Defendants") served its Rule 68 Offer of Judgment on Plaintiff TYREEK DENDY ("Plaintiff") via electronic mail.

    On April 30, 2024, Plaintiff filed Plaintiff's Notice of Acceptance of the Rule 68 Offer of Judgment along with the Rule 68 Offer of Judgment annexed thereto and made a part thereof pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED and ADJUDGED as follows:

    That Plaintiff has judgment against Defendants in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) which is inclusive of attorneys' fees and costs.

The Clerk of Court is further respectfully directed to CLOSE the case.

Dated: New York, New York
       May 6, 2024

*Jennifer Rochon*
_____
THE HONORABLE JENNIFER L. ROCHON